FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2021

No. 04-21-00095-CV

**MEAT SUPPLY, LLC**,
Appellant

v.

**510 GOOD LATIMER, LLC**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-11151
Honorable Angelica Jimenez, Judge Presiding

## O R D E R

Appellant's second motion for an extension of time to file its brief is GRANTED. Appellant's brief is due on or before **June 28, 2021**; however, no further extensions will be granted absent extenuating circumstances.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court